# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  Deana Gaffney                     :          Docket No.: 17 - 18388 - amc

      Debtor                          :          Chapter 13

## ORDER

AND NOW, this 30th day of January, 2018 upon review of Debtor's Motion for Extension of time to file unfiled schedules, it is ORDERED and DECREED, that said Motion is GRANTED.  Debtor shall filed the balance of her schedules by January 31, 2018.  No further extensions shall be granted.

_____
Ashely M. Chan, U.S. Bankruptcy Judge