United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-18388-amc
Deana L. Gaffney                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Virginia              Page 1 of 1              Date Rcvd: Jan 30, 2018
                             Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
db             +Deana L. Gaffney,    533 Fern Street,    Lansdowne, PA 19050-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
      DEMETRIUS J. PARRISH    on behalf of Debtor Deana L. Gaffney djpbkpa@gmail.com,
       djp711@aol.com;r60715@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Visio Financial Services, Inc.
       bkgroup@kmllawgroup.com
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor   Delaware County Tax Claim Bureau
       steve@bottiglierilaw.com,    ecfnotice@comcast.net
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                    TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  Deana Gaffney    :    Docket No.: 17 - 18388 - amc

Debtor    :    Chapter 13

ORDER

AND NOW, this 30th day of January, 2018 upon review of Debtor's Motion for Extension of time to file unfiled schedules, it is ORDERED and DECREED, that said Motion is GRANTED.  Debtor shall filed the balance of her schedules by January 31, 2018.  No further extensions shall be granted.

_____
Ashely M. Chan, U.S. Bankruptcy Judge