# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Deana L. Gaffney | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-18388AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/14/2017 and extended 1/24/2018 and 1/31/2018 and this case is hereby DISMISSED.

**Date: February 5, 2018**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
- Attorney Disclosure Statement
- Chapter 13 Plan
- Chapter 13 Income Form 122C-1
- Means Test Calculation 122C-2
- All Schedules
- Statement of Financial Affairs
- Summary of Assets & Liabilities B106