United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-18388-amc
Deana L. Gaffney                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia           Page 1 of 1        Date Rcvd: Feb 05, 2018
                            Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
```
db            +Deana L. Gaffney,    533 Fern Street,    Lansdowne, PA 19050-3225
14027889      +Mrs Bpo Llc,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14035637      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
               Attn: Bankruptcy Dept 3F
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Feb 06 2018 02:24:41      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:11
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36       U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: duffyk@co.delaware.pa.us Feb 06 2018 02:24:45      Delaware County Tax Claim Bureau,
               Government Center,    201 W. Front Street,    Media, PA 19063-2708
14041329      +E-mail/Text: g20956@att.com Feb 06 2018 02:24:44      AT&T Mobility II LLC,
               %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
               BEDMINSTER, NJ. 07921-2693
14027887      +E-mail/Text: duffyk@co.delaware.pa.us Feb 06 2018 02:24:45      Delaware County Tax Claim Bureau,
               201 W. Front Street,    Media, PA 19063-2768
14027888      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18      Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
```
          DEMETRIUS J. PARRISH    on behalf of Debtor Deana L. Gaffney djpbkpa@gmail.com,
           djp711@aol.com;r60715@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Visio Financial Services, Inc.
           bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor   Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com, ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Deana L. Gaffney | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-18388AMC |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/14/2017 and extended 1/24/2018 and 1/31/2018 and this case is hereby DISMISSED.

**Date: February 5, 2018**

Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
    Attorney Disclosure Statement
    Chapter 13 Plan
    Chapter 13 Income Form 122C-1
    Means Test Calculation 122C-2
    All Schedules
    Statement of Financial Affairs
    Summary of Assets & Liabilities B106