# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE: Deana Gaffney : Bk. No.: 17 – 18388 – amc
:
:

## **PRAECIPE TO WITHDRAW A DOCUMENT**

TO THE CLERK:

Kindly withdraw Debtor's Notice of Motion filed on April 9, 2018 as document number 24.

Respectfully Submitted:

Date: April 9, 2018       /s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Attorney for Debtors
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 f
Email: djpbkpa@gmail.com